# Attachment to Civil Cover Sheet

## Full List of Named Parties:

THE CITY OF RICHMOND, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff,

  v.

CHEVRON CORP.; CHEVRON U.S.A., INC.; EXXONMOBIL CORP.; BP P.L.C.; BP AMERICA, INC.; ROYAL DUTCH SHELL PLC; SHELL OIL PRODUCTS COMPANY LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; TOTAL E&P USA INC.; TOTAL SPECIALTIES USA INC.; ENI S.p.A.; ENI OIL & GAS INC.; ANADARKO PETROLEUM CORP.; OCCIDENTAL PETROLEUM CORP.; OCCIDENTAL CHEMICAL CORP.; REPSOL S.A.; REPSOL ENERGY NORTH AMERICA CORP.; REPSOL TRADING USA CORP.; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORP.; HESS CORP.; DEVON ENERGY CORP.; DEVON ENERGY PRODUCTION COMPANY, L.P.; ENCANA CORP.; APACHE CORP.; and DOES 1 through 100, inclusive,

    Defendants.

## Plaintiff's Counsel:

| | |
|---|---|
| Bruce Reed Goodmiller | Victor M. Sher |
| bruce_goodmiller@ci.richmond.ca.us | vic@sheredling.com |
| Rachel H. Sommovilla | Matthew K. Edling |
| rachel_sommovilla@ci.richmond.ca.us | matt@sheredling.com |
| CITY ATTORNEY'S OFFICE FOR | Timothy R. Sloane |
| THE CITY OF RICHMOND | tim@sheredling.com |
| 450 Civic Center Plaza | Martin D. Quiñones |
| Richmond, CA 94804 | marty@sheredling.com |
| Tel: (510) 620-6509 | Meredith S. Wilensky |
| Fax: (510) 620-6518 | meredith@sheredling.com |
| | Katie H. Jones |
| | katie@sheredling.com |
| | SHER EDLING LLP |
| | 100 Montgomery Street, Suite 1410 |
| | San Francisco, CA 94104 |
| | Tel: (628) 231-2500 |
| | Fax: (628) 231-2929 |

Gibson, Dunn & Crutcher LLP

ATTACHMENT TO CIVIL COVER SHEET

***Chevron Parties' Counsel:***

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | STERN & KILCULLEN, LLC |
| Theodore J. Boutrous, Jr., SBN 132099<br>tboutrous@gibsondunn.com<br>William E. Thomson, SBN 187912<br>wthomson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Herbert J. Stern (*pro hac vice* app. forthcoming)<br>hstern@sgklaw.com<br>Joel M. Silverstein (*pro hac vice* app. forthcoming)<br>jsilverstein@sgklaw.com<br>325 Columbia Turnpike, Suite 110<br>P.O. Box 992<br>Florham Park, NJ 07932-0992<br>Telephone: 973.535.1900<br>Facsimile: 973.535.9664 |
| Ethan D. Dettmer, SBN 196046<br>edettmer@gibsondunn.com<br>Joshua S. Lipshutz, SBN 242557<br>jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | SUSMAN GODFREY LLP<br><br>Neal S. Manne, SBN 94101<br>nmanne@susmangodfrey.com<br>Johnny W. Carter (*pro hac vice* app. forthcoming)<br>jcarter@susmangodfrey.com<br>Erica Harris (*pro hac vice* app. forthcoming)<br>eharris@susmangodfrey.com<br>Steven Shepard (*pro hac vice* app. forthcoming)<br>sshepard@susmangodfrey.com<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: 713.651.9366<br>Facsimile: 713.654.6666 |
| Andrea E. Neuman, SBN 149733<br>aneuman@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | |

***Related Cases:***

*County of San Mateo v. Chevron Corp., et al.*, No. 3:17-cv-4929-VC (N.D. Cal. filed Aug. 24, 2017)

*County of Marin v. Chevron Corp., et al.*, No. 3:17-cv-4934-VC (N.D. Cal. filed Aug. 24, 2017)

*City of Imperial Beach v. Chevron Corp., et al.*, No 3:17-cv-4935-VC (N.D. Cal. filed Aug. 24, 2017)

*The People of the State of California, acting by and through the Oakland City Attorney v. BP P.L.C., et al.*, No. 3:17-cv-6011-WHA (N.D. Cal. filed Oct. 20, 2017)

*The People of the State of California, acting by and through the San Francisco City Attorney Dennis J. Herrera v. BP P.L.C., et al.*, No. 3:17-cv-6012-WHA (N.D. Cal. filed Oct. 20, 2017)

*County of Santa Cruz v. Chevron Corp., et al.*, 5:18-cv-00450 (N.D. Cal. filed Jan. 19, 2018)

*City of Santa Cruz v. Chevron Corp., et al.*, 5:18-cv-00458 (N.D. Cal. filed Jan. 19, 2018)