| | |
|---|---|
| Theodore J. Boutrous, Jr., SBN 132099<br>   tboutrous@gibsondunn.com<br>Andrea E. Neuman, SBN 149733<br>   aneuman@gibsondunn.com<br>William E. Thomson, SBN 187912<br>   wthomson@gibsondunn.com<br>Ethan D. Dettmer, SBN 196046<br>   edettmer@gibsondunn.com<br>Joshua S. Lipshutz, SBN 242557<br>   jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Neal S. Manne, SBN 94101<br>   nmanne@susmangodfrey.com<br>Johnny W. Carter (*pro hac vice* app. forthcoming)<br>   jcarter@susmangodfrey.com<br>Erica Harris (*pro hac vice* app. forthcoming)<br>   eharris@susmangodfrey.com<br>Steven Shepard (*pro hac vice* app. forthcoming)<br>   sshepard@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: 713.651.9366<br>Facsimile: 713.654.6666 |

Herbert J. Stern (*pro hac vice* app. forthcoming)
   hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice* app. forthcoming)
   jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

Attorneys for Defendants CHEVRON
CORPORATION and CHEVRON U.S.A., INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF RICHMOND, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>    v.<br><br>CHEVRON CORP.; CHEVRON U.S.A., INC.; EXXONMOBIL CORP.; BP P.L.C.; BP AMERICA, INC.; ROYAL DUTCH SHELL PLC; SHELL OIL PRODUCTS COMPANY LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; TOTAL E&P USA INC.; TOTAL SPECIALTIES USA INC.; ENI S.p.A.; ENI OIL & GAS INC.; ANADARKO PETROLEUM CORP.; OCCIDENTAL PETROLEUM CORP.; OCCIDENTAL CHEMICAL CORP.; | CASE NO. 3:18-cv-732<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A., INC.**<br><br>[Removal from the Superior Court of the State of California, County of Contra Costa, Case No. 18 CV 00055]<br><br>Action Filed: January 22, 2018 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | REPSOL S.A.; REPSOL ENERGY NORTH AMERICA CORP.; REPSOL TRADING USA CORP.; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORP.; HESS CORP.; DEVON ENERGY CORP.; DEVON ENERGY PRODUCTION COMPANY, L.P.; ENCANA CORP.; APACHE CORP.; and DOES 1 through 100, inclusive,<br><br>                Defendants. |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney appears on behalf of Defendants Chevron Corporation and Chevron U.S.A., Inc. (the "Chevron Parties") in this action, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on behalf of the Chevron Parties:

>Andrea E. Neuman, SBN 149733
>aneuman@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>200 Park Avenue
>New York, NY  10166-0193
>Telephone:    212.351.4000
>Facsimile:    212.351.4035

Andrea E. Neuman is admitted to practice and in good standing in the Northern District of California.

DATED: February 2, 2018                Respectfully submitted,

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:  */s/ Andrea E. Neuman*
                                                     Andrea E. Neuman

                                            Attorneys for Defendants CHEVRON
                                            CORPORATION and CHEVRON U.S.A., INC.

# CERTIFICATE OF SERVICE

I, Kelsey J. Helland, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on February 2, 2018, the foregoing Notice of Appearance of Counsel was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all registered parties by operation of the Court's electronic filing systems.

I further certify that on February 2, 2018, the foregoing Notice of Appearance of Counsel was served on the following parties by the means described below:

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, the documents were sent to the persons at the electronic notification addresses as shown below.

☑ I am employed in the office of Ethan D. Dettmer, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

| **Attorneys for Plaintiff The City of Richmond** | **Attorneys for Plaintiff The City of Richmond** |
|---|---|
| Bruce Reed Goodmiller<br>bruce_goodmiller@ci.richmond.ca.us<br>Rachel H. Sommovilla<br>rachel_sommovilla@ci.richmond.ca.us<br>CITY ATTORNEY'S OFFICE FOR THE<br>CITY OF RICHMOND<br>450 Civic Center Plaza<br>Richmond, CA 94804<br>Tel: (510) 620-6509<br>Fax: (510) 620-6518 | Victor M. Sher<br>vic@sheredling.com<br>Matthew K. Edling<br>matt@sheredling.com<br>Timothy R. Sloane<br>tim@sheredling.com<br>Martin D. Quiñones<br>marty@sheredling.com<br>Meredith S. Wilensky<br>meredith@sheredling.com<br>Katie H. Jones<br>katie@sheredling.com<br>SHER EDLING LLP<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>Tel: (628) 231-2500<br>Fax: (628) 231-2929 |

| **Attorneys for Defendant Anadarko Petroleum Corp.** | **Attorneys for Defendants Devon Energy Corp.; Devon Energy Production Co., L.P.** |
|---|---|
| James J. Dragna<br>Bryan Killian<br>Yardena Zwang-Weissman<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071-3132<br>Telephone: (213) 680-6436<br>E-Mail: jim.dragna@morganlewis.com<br>bryan.killian@morganlewis.com<br>yardena.zwang-weissman@morganlewis.com | Joy C. Fuhr<br>Greg Evans<br>Steven Williams<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-4341<br>E-Mail: jfuhr@mcguirewoods.com<br>gevans@mcguirewoods.com<br>srwilliams@mcguirewoods.com |

| **Attorneys for Defendants ConocoPhillips, ConocoPhillips Co.; Phillips66** | **Attorneys for Defendants Eni S.p.A. and Eni Oil & Gas Inc.** |
|---|---|
| Carol M. Wood<br>King & Spalding<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002<br>Telephone: (713) 751-3209<br>E-Mail: cwood@kslaw.com | David E. Cranston<br>Greenberg Glusker Fields Claman &<br>   Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 785-6897<br>E-Mail: Dcranston@greenbergglusker.com |

| **Attorneys for Defendants BP P.L.C. and BP America, Inc.** | **Attorneys for Defendant CITGO Petroleum Corporation** |
|---|---|
| Philip H. Curtis<br>Nancy Milburn<br>Matthew T. Heartney<br>John D. Lombardo<br>Jonathan W. Hughes<br>Arnold & Porter Kaye Scholer<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-7199<br>E-Mail: Philip.Curtis@apks.com<br>Nancy.Milburn@apks.com<br>Matthew.Heartney@apks.com<br>John.Lombardo@apks.com<br>Jonathan.Hughes@apks.com | Peter Duchesneau<br>Craig A. Moyer<br>Manatt, Phelps & Phillips, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 312-4209<br>E-Mail: pduchesneau@manatt.com<br>cmoyer@manatt.com |

| **Attorneys for Defendant Apache Corporation** | **Attorneys for Defendant Exxon Mobil Corp.** |
|---|---|
| Patrick W. Mizell<br>Vinson & Elkins LLP<br>1001 Fannin St., Suite 2500<br>Houston, TX 77002<br>Telephone: (713) 758-2932<br>E-Mail: pmizell@velaw.com | Jaren Janghorbani<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3211<br>E-Mail: jjanghorbani@paulweiss.com<br><br>Dawn Sestito<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6352<br>E-Mail: dsestito@omm.com |
| **Attorneys for Defendant Hess Corporation** | **Attorneys for Defendants Marathon Oil Co., Marathon Oil Corp.** |
| J. Scott Janoe<br>Chris Carr<br>Jonathan Shapiro<br>Baker Botts LLP<br>One Shell Plaza 910 Louisiana Street<br>Houston, TX 77002-4995<br>Telephone: (713) 229-1553<br>E-Mail: scott.janoe@bakerbotts.com<br>chris.carr@bakerbotts.com<br>jonathan.shapiro@bakerbotts.com | J. Scott Janoe<br>Chris Carr<br>Jonathan Shapiro<br>Baker Botts LLP<br>One Shell Plaza 910 Louisiana Street<br>Houston, TX 77002-4995<br>Telephone: (713) 229-1553<br>E-Mail: scott.janoe@bakerbotts.com<br>chris.carr@bakerbotts.com<br>jonathan.shapiro@bakerbotts.com |

| **Attorneys for Defendant Marathon Petroleum Corp.** | **Attorneys for Defendants Occidental Petroleum Corp. and Occidental Chemical Corp.** |
|---|---|
| Shawn Regan<br>Ann Marie Mortimer<br>Shannon S. Broome<br>Clare Ellis<br>Jennifer L. Bloom<br>Hunton & Williams LLP<br>200 Park Ave., 52nd Floor<br>New York, NY 10166<br>E-Mail: sregan@hunton.com<br>amortimer@hunton.com<br>sbroome@hunton.com<br>cellis@hunton.com<br>JBloom@hunton.com | Matthew R. Stammel<br>Vinson & Elkins LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>Telephone: (214) 220-7776<br>E-Mail: mstammel@velaw.com |
| **Attorneys for Defendants Total E&P USA Inc., Total Specialties USA Inc.** | **Attorneys for Defendants Repsol S.A., Repsol Energy North America Corp., and Repsol Trading USA Corp.** |
| Paul D. Clement<br>Andy Clubock<br>Susan Engel<br>Andy McGaan<br>Anna Rotman<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>E-Mail: Paul.clement@kirkland.com<br>Andrew.clubok@kirkland.com<br>Susan.engel@kirkland.com<br>Andrew.mcgaan@kirkland.com<br>Anna.rotman@kirkland.com | J. Scott Janoe<br>Chris Carr<br>Jonathan Shapiro<br>Baker Botts LLP<br>One Shell Plaza 910 Louisiana Street<br>Houston, TX 77002-4995<br>Telephone: (713) 229-1553<br>E-Mail: scott.janoe@bakerbotts.com<br>chris.carr@bakerbotts.com<br>jonathan.shapiro@bakerbotts.com |

| **Attorneys for Defendants Royal Dutch Shell p.l.c. and Shell Oil Products Co., LLC** | **Attorneys for Defendant Encana Corp.** |
|---|---|
| Daniel P. Collins<br>Jerry Roth<br>Munger Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9125<br>E-Mail: daniel.collins@mto.com<br>jerome.roth@mto.com<br><br>David Frederick<br>Brendan Crimmins<br>Kellogg Hansen Todd Figel & Frederick PLLC<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7951<br>E-Mail: dfrederick@kellogghansen.com<br>bcrimmins@kellogghansen.com | Michael F. Healy<br>Michael L. Fox<br>Sedgwick L.L.P.<br>333 Bush Street<br>30th Floor<br>San Francisco, CA 94104-2834<br>Telephone: (415) 781-7900<br>E-mail: michael.healy@sedgwicklaw.com<br>michael.fox@sedgwicklaw.com |

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2018  By: _/s/ Kelsey J. Helland_
Kelsey J. Helland