UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF RICHMOND,<br><br>        Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 18-cv-00732-VC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 128, 203 |

    The case is hereby remanded to the Superior Court of the State of California, County of Contra Costa. The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated: May 22, 2023

VINCE CHHABRIA
United States District Judge